IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QUAWNTAY ADAMS,

    Petitioner,

v.                        Criminal Case No. 04-cr-30029-DRH

                         Civil Case No. 13-cv-170-DRH

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

    This matter is before the Court on petitioner Quawntay Adams's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 1). Petitioner was convicted on charges that he possessed more than 100 kilograms of marijuana with the intent to distribute, *see* 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii), conspired to commit money laundering, *see* 18 U.S.C. § 1956(a)(1)(A)(i) and (h), and attempted to escape from custody, *see* 18 U.S.C. § 751(a). On direct appeal, the Seventh Circuit held the evidence did not support the conviction for conspiracy to commit money laundering but otherwise affirmed the judgment of conviction. Instantly, petitioner raises various claims in relation to his conviction, including claims of ineffective assistance of counsel, which petitioner alleges warrant the relief he seeks.

Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, the Court **ORDERS** the government to file a response to petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

Signed this 1st day of March, 2013.

Digitally signed by David R. Herndon
Date: 2013.03.01 16:30:37 -06'00'

**Chief Judge**
**United States District Judge**