IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QUAWNTAY ADAMS,

    Petitioner,

v.                            Criminal Case No. 04-cr-30029-DRH
                            Civil Case No. 13-cv-170-DRH

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the government's motion for more definite statement and for production of documents (Doc. 3). The government relates that it is unable to respond to various allegations of petitioner without certain requested information and documentation. Based on the government's requests, the Court **GRANTS** the motion and **DIRECTS** petitioner to supplement his petition with the following:

1. The name, address, telephone number, and email address of the paralegal referenced in paragraph 3 of petitioner's affidavit (Doc. 1-2), and all documents in his possession or under his control that would constitute evidence of his allegations pertaining to the paralegal's discussions with said jurors, and to provide any and all evidence in his possession or under his control that would evidence the hiring of said paralegal, and payment for the services of said paralegal.

2. In reference to petitioner's Claim 2 allegations regarding his prior conviction in California for Assault and Battery, for which he says he pled guilty on February 18, 1993, at which time he states he was 17 years old, but his date of birth was mistakenly listed as 1972 rather than 1975, petitioner is **DIRECTED** to provide the Court with a true copy of his birth certificate; all documents in his possession or under his control relating to the incident to which he refers; and all documents in his possession or under his control relating to the prior conviction to which he refers

3. Finally, in reference to petitioner's Claim 7, in which petitioner makes certain allegations pertaining to his prior drug conviction, claiming that he "may have been convicted for an offense other than sells," petitioner is **DIRECTED** to provide the Court with any documentation that supports his claim.

Petitioner shall supplement his petition with the above-referenced documentation and information by **April 8, 2013**. Petitioner's failure to supplement his petition with the above-referenced documentation and information shall constitute a waiver of the allegations to which the requested documentation and information relate. Finally, the government's response to petitioner's motion is now due by **May 8, 2013**.

**IT IS SO ORDERED.**
Signed this 8th day of March, 2013.

Digitally signed by David R. Herndon
Date: 2013.03.08 14:31:14 -06'00'

**Chief Judge**
**United States District Judge**