IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QUAWNTAY ADAMS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                         No. 13-cv-170-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on December 3, 2013 (Doc. 20), petitioner's Motion is **DENIED** and petitioner's claims are **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: s/*Sara Jennings*
    **Deputy Clerk**

Dated: December 4, 2013

David R. Herndon
2013.12.04
09:47:13 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT